UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN S. BORAH,                          Case No. 1-06-CV-651

       Plaintiff,                       Hon. Richard Alan Enslen

v.

STATE OF MICHIGAN,
                                      **ORDER**
       Defendant.        /

This matter is before the Court on Plaintiff John S. Borah's Motion for Reconsideration of the Court's November 16, 2006 Judgment dismissing his action for failure to state a claim upon which relief may be granted. Under Rule 7.4(a), Plaintiff must demonstrate that the Court's Order suffers from a palpable defect, and must "also show that a different disposition of the case must result from a correction thereof." W.D. MICH. LCIVR 7.4(a).

In his Motion, Plaintiff has failed to clarify any of the allegations in his previous Complaint, nor has he alleged any new facts that would, if proven, entitle him to relief under any theory. Since Plaintiff has not shown there was a palpable defect or that a different disposition of the case must result, his Motion for Reconsideration is denied. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (Dkt. No. 9) is **DENIED**.

                               /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:     RICHARD ALAN ENSLEN
    February 13, 2007           SENIOR UNITED STATES DISTRICT JUDGE